IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CR 05-1011 |
| vs. | ) | |
| | ) | ORDER |
| STEVEN ROBERT JOSEPH HOLLOWAY, | ) | |
| Defendant. | ) | |

Notice is hereby given that the Court may impose a sentence that exceeds the advisory guideline sentence computed by the United States Probation Office (1 - 7 months) based *inter alia* on Defendant's criminal history.

Dated this 28th day of June, 2005.

_____
LINDA R. READE
JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA